# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-2709

_____

Allen Pyron, and all others similarly situated; Raymond Leon Semler; Joe Bellanger, and all others similarly situated; Thomas Bolter, and all others similarly situated

*Plaintiffs - Appellants*

v.

Nancy Johnston, CEO Minnesota Sex Offender Program, sued in their individual and official capacities; Terry Kneisel, Facility Director - MSOP Moose Lake, sued in their individual and official capacities; Susan Johnson, Special Services Program Manager--MSOP Moose Lake, sued in their individual and official capacities; Kevin Moser, Former MSOP - Moose Lake Facility Director, sued in their individual and official capacities; Dale Stevens, Acquisition Management Specialist/Buyer (AMS), sued in their individual and official capacities; JPay LLC, sued in their individual and official capacities

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: April 27, 2026
Filed: April 30, 2026
[Unpublished]

_____

Before GRUENDER, GRASZ, and STRAS, Circuit Judges.

_____

PER CURIAM.

Plaintiffs, who are civilly committed to the Minnesota Sex Offender Program, appeal the district court's[1] dismissal of their pro se 42 U.S.C. § 1983 action for failure to state a claim. After careful review of the record and the parties' arguments on appeal, we affirm the dismissal of plaintiffs' claims for the reasons stated by the district court. *See Swanson v. Hilgers*, 151 F.4th 992, 995 (8th Cir. 2025) (explaining the standard of review). We also conclude the district court did not err in dismissing the action without first referring it to a magistrate judge for recommendations on the motions to dismiss. *See* 28 U.S.C. § 636(b)(1).

The judgment is affirmed. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Jeffrey M. Bryan, United States District Judge for the District of Minnesota.